IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02983-MSK

TRACI SIFONTES,

       Plaintiff,

v.

PUBLIC TRUSTEE OF BOULDER COUNTY;
CHASE HOME FINANCE LLC;
CASTLE MEINHOLD & STAWIARSKI LLC;
ELIZABETH MARCUS; and
DEANNA WESTFALL,

       Defendants.

## ORDER REMANDING CASE

THIS MATTER comes before the Court *sua sponte*.

The Plaintiff commenced this action in the Boulder County District Court. The Notice of Removal asserts that the Complaint alleges a claim for relief premised upon a question of federal law, that gives rise to federal court jurisdiction in accordance with 28 U.S.C. § 1331. Neither the Notice of Removal nor the underlying complaint specifically identify the federal law or issue. Both casually refer to a federal program, identified as the "Federal Home Affordable Modification Program." but neither states the statute under which the program was created, the statute that gives federal courts jurisdiction to resolve controversies associated with the program or the statute under which the Plaintiff requests relief. As a consequence, the Court cannot determine that a federal question exists.

**IT IS THEREFORE ORDERED** that this action is **REMANDED** to the Boulder County District Court.

DATED this 16th day of December, 2010.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge